# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1363
Lower Tribunal No. 2021-CA-007529-O

_____

HOOF'S PETS, INC. d/b/a PETLAND ORLANDO EAST, PETLAND ORLANDO SOUTH, INC.
and BREEDER'S PICK ORLANDO, INC.,

Appellants,

v.

ORANGE COUNTY,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

April 16, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.


Nicholas A. Shannin and Carol B. Shannin, of Shannin Law Firm, P.A., Orlando, for Appellants.

Georgiana Holmes, Deputy County Attorney, and Jeffrey J. Newton, County Attorney, of Orange County Attorney's Office, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED